## 20114. GIBSON *v.* GIBSON.

WYATT, Presiding Justice. It appearing that the judgment here under review is one dismissing a motion to modify and set aside a verdict and judgment in a divorce case, upon the ground that no brief of evidence had been approved, submitted, or served, and it further appearing that there is no brief of evidence in this court and no copy of the judgment in the record in the divorce case, it follows, there is nothing before this court for review, and the judgment of the court below is

*Affirmed. All the Justices concur.*

ARGUED JUNE 10, 1958—DECIDED JULY 11, 1958—REHEARING DENIED JULY 22, 1958.

*George Mitchell, Dan C. Mitchell, Terrell Gibson,* pro se, for plaintiff in error.
*Sam G. Dettelbach,* contra.